# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Kay Mitchell, Gina Nuckolls, Courtney Roberson, and Patty Becknell, on behalf of themselves and of all others similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>Regions Financial Corporation and Regions Bank, a subsidiary of Regions Financial Corporation,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:17-cv-00100-RWS |

## DECLARATION OF R. LESLIE WAYCASTER, JR.

Pursuant to 28 U.S.C. § 1746, I, R. Leslie Waycaster, Jr, declare as follows:

1.

Waycaster and Allred is a law firm located in Dalton, Georgia. The attorneys in the firm are R. Leslie Waycaster, Jr. and Timothy H. Allred. The firm has an AV rating by the pre-eminent attorney rating service, Martindale Hubbell.

2.

I have been in practice in Dalton, Georgia since 1980. I received my undergraduate degree from Georgia State University and my law degree from the

University of Georgia. I have served as President of the Conasauga Bar Association and on the Board of Governors for the State Bar of Georgia. I also served as a Regional Vice-President for the Georgia Trial Lawyers Association.

3.

I am licensed to practice law in Georgia. I have been admitted to practice in all Georgia trial and appellate courts, the U.S. District Court for the Northern and Middle Districts of Georgia, the Eleventh and Fourth Circuit Court of Appeals and the U.S. Supreme Court.

4.

I have tried approximately 100 jury trials in State and Federal Courts. My cases include a verdict on behalf of the Plaintiff in a medical practice case in Madison County Superior Court, which was the highest verdict in that county at that time, (Tanner v. Heymore); a verdict on behalf of the Plaintiffs for violations of the federal wiretapping statute, tried before Judge William C. O'Kelley in the Gainesville Division of the Northern District of Georgia; and successful verdicts on behalf of the Defendants in a civil RICO trial in the Atlanta Division of the Northern District of Georgia. I also served as one of the lead counsel in a class action on behalf of poultry farmers against a major poultry processor in a case before Judge

Harold Murphy, which was settled on the eve of trial in the Rome Division of the Northern District of Georgia. (Hill et al v. ConAgra Poultry).

5.

I have handled a variety of cases involving employment law including employment contracts, trade secrets, wage issues and non-compete agreements. I have also represented several school teachers with employment issues through the Georgia Association of Educators. In one such case I was co-counsel with Amy Totenberg in representing William Russell, an administrator for the Whitfield County Schools, for violation of Mr. Russell's constitutional rights and wrongful termination. I currently serve as regional counsel for the Georgia Sheriff's Association for fourteen (14) counties in Northwest Georgia, which has included consultation on wage issues. I am also a certified mediator and have mediated many cases involving employment-related issues.

6.

Mr. Allred has practiced in Dalton, Georgia since graduating from law school at the University of Georgia in 1982. He obtained his undergraduate degree from Emory University where he attended on a full academic scholarship. Mr. Allred is also licensed to practice in Georgia. He has been admitted to practice in all trial and

3

appellate state courts in Georgia as well as the U. S. District Court, Northern District of Georgia and the Eleventh Circuit Court of Appeals.

7.

Mr. Allred's law practice has involved a variety of areas in the employment field. He has represented Plaintiffs and Defendants in workers' compensation cases for thirty-two (32) years. He has represented claimants in claims for social security disability benefits. He served as counsel for the Dalton City Schools which included wage and hour issues for teachers and staff members. He has also represented local businesses on issues of federal and state employment law including wage issues and sexual harassment.

8.

The case at bar originally came to our office when a former employee of Regions Bank, Sue Ratchford, was referred to me. After the initial interview, Mr. Allred and I began our investigation. Mr. Allred drafted a tolling agreement so as to protect Mrs. Ratchford's claim. Mr. Allred and I also interviewed David Viduna, a former management level person at Regions and Mrs. Ratchford's immediate supervisor. We were able to secure an affidavit from him, which was filed with the Complaint.

9.

The investigation ultimately resulted in five (5) named Plaintiffs after numerous hours of travel, research, meetings and client consultations. Our firm has only two (2) attorneys and three (3) staff personnel. Everyone in our firm worked on this case. Therefore, we could not afford to do any work that was not reasonable and necessary for the success of the case. Most of our work was done prior to the filing of the lawsuit. We associated the Barnes Law Group to serve as lead counsel in this case. Our firm spent no less than 554 hours of time on this case during what I would consider a fairly condensed period of time. Our firm's time and expense reports are being provided to the Court *in camera*.

10.

The rate charged by Waycaster and Allred is $350.00 per hour. Based on my knowledge of the Northwest Georgia market, this rate is reasonable for attorneys who have thirty-eight (38) years (Waycaster) and thirty-six (36) years (Allred) of legal experience. A large portion of our practice is based on contingent fees. The firm is recognized as specializing in certain areas of civil law, including employment related fields, which is why Sue Ratchford was referred to us in the first place. Attorneys in Chattanooga, Tennessee, approximately twenty-five (25) miles north of Dalton, with similar experience charge between $350.00 and $500.00 dollars per

hour for similar work. In the Atlanta area, the hourly rates are even higher. The hourly rates charge by staff members of Waycaster and Allred range from $75.00 to $125.00 per hour, depending on the skill and experience of each staff person. These rates are reasonable for Northwest Georgia, as was the quantity of work performed in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August, 2018.

/s/ R. Leslie Waycaster, Jr.<br>
R. LESLIE WAYCASTER, JR.