IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 17 2018

JAMES N. HATTEN, Clerk
By: _DK_  Deputy Clerk

| | |
|---|---|
| Kay Mitchell, Gina Nuckolls, Courtney Roberson, and Patty Becknell, on behalf of themselves and of all others similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>Regions Bank, a subsidiary of Regions Financial Corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-00100-RWS |

## [~~PROPOSED~~] ORDER

This case is before the Court on Plaintiffs' Unopposed Motion for Order Approving Settlement of Collective Action and Authorizing Notice of Settlement and Opportunity to File Consent to Join and Claim Form (the "Motion"). "When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The settlement and release is enforceable "only if the district court enter[s] a 'stipulated judgment' approving it." *Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1308 (11th Cir. 2013).

The Court has reviewed (i) the Joint Stipulation of Settlement and Release (the "Agreement"), (ii) the proposed Notice of Settlement (the "Notice"), and (iii) the proposed Consent to Join Claim Form & Release (the "Claim Form"). For the reasons set forth in the Motion, the Court finds that the Parties' settlement represents a fair and reasonable resolution of their dispute under the FLSA and that the Notice should be issued to all eligible potential settlement opt-in plaintiffs in the manner specified in the Motion and the Agreement. The Court further orders that all Collective Action Members, as defined by the Agreement, will be deemed by the Court to have consented to join this lawsuit and opted into this lawsuit by submitting a valid Claim Form to the Settlement Claims Administrator.

Accordingly, the Motion is GRANTED and the Parties' Agreement, Notice, and Claim Form are APPROVED and their terms are incorporated herein.

As to all opt-ins who do not submit valid Claim forms within the Claim Period as stated in the Agreement, they are not participants in this settlement or this litigation, and no release of claims results from their failure to participate in or otherwise join this settlement or this litigation.

Additionally, the Court confirms Plaintiffs' counsel, as defined by the Agreement, as counsel to the Collective Action Members, and appoints Settlement Services, Inc. as the Claims Administrator.

The Court has reviewed Plaintiffs' Unopposed Motion for Service Awards, Attorneys' Fees and Litigation Expenses and approves the Service Awards requested therein. Additionally, upon consideration of the *Johnson* factors, the Court approves Plaintiffs' counsel's petition for reasonable attorneys' fees and costs totaling $586,667.00 (i.e., $566,667.00 in attorney's fees and $20,000.00 in costs).

This Court shall retain jurisdiction over this matter until the terms set forth in the Agreement have been complied with in full.

The Clerk is DIRECTED to administratively close the case. Plaintiffs are directed to file a dismissal with prejudice per the applicable terms of the Agreement.

IT IS SO ORDERED this 17th day of August, 2018.

HON. RICHARD W. STORY
United States District Judge